**ARNOLD & PORTER KAYE SCHOLER LLP**
Anand Agneshwar
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.8000
Fax: 212.836.8689
Anand.Agneshwar@arnoldporter.com

Attorney for Defendant
Samsung Electronics America, Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRACEY HOLLAND, VIRGINIA ERB MARQUIS, and DON ROWLETT, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>            Defendants. | Civil Action No. 2:22-cv-01348-JMV-AME<br><br>**STATEMENT PURSUANT TO LOCAL RULE 10.1(a)** |

Pursuant to Local Civil Rule 10.1(a), attached hereto as Exhibit A is a Service List that sets forth the names and addresses of each party, as well as counsel for each of the parties, in the above-captioned action.

Dated:  April 16, 2022

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

<u>s/ Anand Agneshwar</u>
Anand Agneshwar
Lori B. Leskin
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.8000
Fax: 212.836.8689
<u>Anand.Agneshwar@arnoldporter.com</u>
<u>Lori.Leskin@arnoldporter.com</u>

Elisabeth S. Theodore (*pro hac vice forthcoming*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: 202.942.5000
Fax: 202.942.5999
<u>Elisabeth.Theodore@arnoldporter.com</u>

*Attorneys for Defendant Samsung Electronics America, Inc.*

2

# Exhibit A

## HOLLAND, et al. v. SAMSUNG ELECTRONICS AMERICA, INC., et al.
## Civil Action No. 2:22-cv-01348-JMV-AME

## Service List

| Plaintiffs | Defendant |
|---|---|
| 1) Tracey Holland<br><br>    Hampton, Virginia<br><br>2) Virginia Erb Marquis<br><br>    Sicklerville, New Jersey<br><br>3) Don Rowlett<br><br>    Weatherford, Texas<br><br>**Plaintiffs' Counsel**<br><br>Christopher A. Seeger, Esq.<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>Tel.: (973) 639-9100<br>cseeger@seegerweiss.com | Samsung Electronics America, Inc.<br><br>85 Challenger Road<br>Ridgefield Park, NJ 07669<br><br>**Defendant's Counsel**<br><br>Anand Agneshwar, Esq.<br>Lori B. Leskin, Esq.<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, NY 10019-9710<br>Tel.: 212.836.8000<br>Fax: 212.836.8689<br>Anand.Agneshwar@arnoldporter.com<br>Lori.Leskin@arnoldporter.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 16, 2022, a copy of the foregoing was electronically filed with the Clerk of Court of the United States District Court for the District of New Jersey, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

*s/ Anand Agneshwar*
Anand Agneshwar
