# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANNAT DENISE BRITO and JOSE ROSARIO JIMENEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendants. | Civ. No. 2:22-cv-01348-JMV-AME |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss their claims against Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served. A class has not been certified.

Dated: July 8, 2022

Respectfully submitted,

**SEEGER WEISS LLP**

By:     /s/ *Christopher A. Seeger*
        Christopher A. Seeger, Esq.

        David R. Buchanan, Esq.
        Christopher L. Ayers, Esq.
        Justin M. Smigelsky, Esq.
        **SEEGER WEISS LLP**
        55 Challenger Road, 6th Floor
        Ridgefield Park, NJ 07660
        Tel: 973-639-9100
        cseeger@seegerweiss.com
        dbuchanan@seegerweiss.com
        cayers@seegerweiss.com
        jsmigelsky@seegerweiss.com

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  7/14/2022

Shauna B. Itri, Esq.
**SEEGER WEISS LLP**
1515 Market Street
Philadelphia, PA 19102
Tel: 215-564-2300
sitri@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I caused the forgoing Notice of Voluntary Dismissal to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record.


*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER


Dated: July 8, 2022